# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 22-cr-89-APM |
| : | |
| **NANCY BARRON,** : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ *Justin M. Woodard*
JUSTIN M. WOODARD
Trial Attorney, Detailee
LA Bar Number 37924
1400 N.Y. Ave. NW
Washington, D.C. 20530
(202) 262-7868
Justin.Woodard@usdoj.gov

LAURA E. HILL
Trial Attorney, Detailee
NV Bar Number 13894
175 N Street, NE, 9th Floor
Washington, D.C. 20002
(202) 598-3962
Laura.E.Hill@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 6th, 2022, I served a copy of this pleading on the parties to this matter as indicated in the Court's Electronic Case Files system.

              <u>/s/ Justin M. Woodard</u>
              Trial Attorney