# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 22-CR-00089 |
| : | |
| NANCY BARRON, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Laura Hill, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                              Respectfully Submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY D.C.
                                              D.C. Bar No. 481052

by:    /s/ *Laura E. Hill*
          LAURA E. HILL
          Trial Attorney, Detailee
          NV Bar Number 13894
          175 N Street, NE, 9th Floor
          Washington, D.C. 20002
          (202) 598-3962
          Laura.E.Hill@usdoj.gov