UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America )<br>)<br>  v. )<br>)<br>Nancy Barron, *defendant*. ) | USDC No. 22-cr-89 (APM) |

ORDER

Upon good cause shown in Defendant's Unopposed Motion to Review Conditions of Release, the lack of opposition from the United States, and on other evidence before the Court in the record of the case, it is hereby

ORDERED, this ____ day of _____, 2022, that the firearms restriction imposed on the defendant in the Pretrial Release Order (Doc. 7, page 2, ¶7(k)) is hereby vacated so long as defendant provides verification to the Pretrial Services Agency of her compliance with Indiana law, and it is further

ORDERED, the restriction of the possession of other weapons or destructive devices shall remain in effect.

                                                                                     _____
                                                                                     Hon. Amit P. Mehta
                                                                                     United States District Judge
                                                                                     United States District Court for the District of Columbia

Cc: Nathan I. Silver, Esq.
     6300 Orchid Drive
     Bethesda, MD 20817-5614
     By ECF

     Justin Woodard Esq.
     U.S. Dept. of Justice (Fraud Section)
     Detailee
     By ECF