IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | **CRIMINAL NO.: 1:22-CR-89** |
| **NANCY BARRON,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on July 25, 2022, be continued for good cause to August 25, 2022, at 10:00 a.m.; and it is further

**ORDERED** that the time between July 25, 2022, and August 25, 2022, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting of such a continuance outweighs the best interests of the public and the Defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and continue negotiating a potential pretrial resolution.

_____
HONORABLE AMIT P. MEHTA
United States District Judge

Dated: _____, 2022