UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr-89 (APM) |
| | ) | |
| Nancy Barron, *defendant*. | ) | |

UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, moves the Court, with no opposition from the United States, to continue the status hearing for a period of approximately thirty (30) days from August 25, 2022, at 10 o'clock a.m., to a date convenient with the Court and parties, to be held remotely by video teleconference. The reasons follow.

1. Defendant is charged in a four-count criminal Information with misdemeanor offenses the government alleges he committed on January 6, 2021, at the United States Capitol. Those offenses are Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; and Parading, Demonstrating, or Picketing in a Capitol Buildings, violations of 18 U.S.C. §§ 1752(a)(1) and (a)(2), and 40 U.S.C. §§5104(e)(2)(D) and (e)(2)(G).

2. In the past week, the government has provided additional pretrial discovery to the defendant's counsel. The parties recently discovered that the previous dissemination of discovery materials should have included certain items but did not. Since then, the government has supplemented the original batch of case-specific discovery.

3. The defendant has provisionally accepted the proposed Plea Agreement. In order to resolve several factual assertions in the proposed Statement of Offense, the defendant and counsel need time to review the newly-supplied materials.

4. The defendant waives, and the government does not oppose the waiver, of time between August 25 and the next court date, should the Court grant the continuance request. The defendant and government believe it would serve the interests of justice, as well as conserve the resources of the Court.

5. The defendant requests that the Court continue this matter for further status for a period of thirty (30) days, by which time the parties expect to go forward with a plea hearing.

6. The parties request that the next hearing be conducted remotely by video teleconference, as permitted by the CARES Act and the standing order of Chief Judge Howell.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Justin Woodard, Esq.,U.S. Dept. of Justice (CRM), attorney of record for the government in the instant case, this 17th day of August, 2022.

                                /s/
                            _____
                            *Nathan I. Silver, II*