UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr-89(APM) |
| | ) | |
| Nancy Barron, *defendant*. | ) | |

UNOPPOSED MOTION TO CONTINUE STATUS HEARING
AND TO WAIVE TIME UNDER THE SPEEDY TRIAL ACT

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, moves the Court, with no opposition from the United States, to continue the status hearing from October 7, 2022 at 1 o'clock p.m., for a period of thirty (30) days, for the following reason.

The parties have continued plea negotiations since the last hearing. The government made revisions, at defendant's request, to the Statement of Offense, and even with these revisions, the defendant feels that she needs more time to review the entire statement, as well as consult with counsel regarding aspects of pretrial discovery. The defendant, through counsel, has brought this to the attention of the government, which, through USDOJ attorney Justin Woodard, has kindly agreed not to oppose a request for additional time.

The defendant waives, with no opposition from the government, the tolling of time between October 7, 2022 and the next court date under the Speedy Trial Act. The defendant and government believe it will serve the interests of justice, as well as conserve the resources of the Court..

3. The parties request that the next hearing be conducted remotely by video teleconference, as permitted by the CARES Act and the standing order of Chief Judge Howell.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Justin Woodard, Esq., U.S. Dept. of Justice (CRM), attorney of record for the government in the instant case, this 4th day of October, 2022.

/s/
_____
*Nathan I. Silver, II*