UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 22-cr-89 (APM) |
| | ) |
| Nancy Barron, *defendant* | ) |

ORDER

Upon good cause shown in defendant's Unopposed Motion to Continue Status Hearing, with no opposition from the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this _____ day of October , 2022, that the status hearing set by video teleconference for September 23, 2022 at 1 o'clock p.m. is hereby VACATED, and it is further

ORDERED, that the status hearing is hereby scheduled for video teleconference for _____, 2022,, at _____ a.m./ p.m., and it is further,

ORDERED, that in the interests of justice the time between October 7, 2022 and the next court date shall not be counted under the Speedy Trial Act.

                                                                                     _____
                                                                                     Hon. Amit P. Mehta, U.S. District Judge
                                                                                      United States District Court for the District of Columbia

cc:  Nathan I. Silver, Esq.
     6300 Orchid Drive
     Bethesda, MD 20817-5614
     By ECF

     Justin Woodard, Esq..
     U.S. Dept. of Justice (CRM)
     1400 New York Ave, N.W.
     Washington, D.C. 20530 (by ECF)

Gregory S. Smith, Esq.
913 E. Capitol St., N.E.
Washington, D.C. 20003