UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 22-cr-89 (APM) |
| ) | |
| Nancy Barron, *defendant* ) | |

ORDER

Upon good cause shown in defendant's Unopposed Motion to Continue Status Hearing and Waive Time Under the Speedy Trial Act, the lack of opposition from the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of November , 2022, that the status hearing set in person for November 4, 2022 at 8:45 a.m. is hereby VACATED, and it is further

ORDERED, that the status hearing shall be set for _____, 2022, at _____ a.m./p.m., to be conducted by videoteleconference (VTC), and it is further,

ORDERED, that in the interests of justice the time between November 4, 2022, and the next court date shall not be counted under the Speedy Trial Act.

_____
Hon. Amit P. Mehta, District Judge
United States District Court for the District of Columbia

cc:  Nathan I. Silver, Esq.
     6300 Orchid Drive
     Bethesda, MD 20817-5614
     By ECF

     Justin Woodard, Esq..
     U.S. Dept. of Justice (CRM-Fraud Section)
     1400 New York Ave., N.W..
     Washington, D.C. 20530 (by ECF)

Gregory S. Smith, Esq.
913 E. Capitol St., N.E.
Washington, D.C. 20003