UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | |
| : | Case No.: 22-cr-00089 (ZMF) |
| NANCY BARRON, : | |
| : | |
| Defendant. : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Adam Dreher. AUSA Adam Dreher will be substituting for AUSA Justin Woodward

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:       */s/ Adam Dreher*
           Adam Dreher
           Assistant United States Attorney
           Michigan Bar No. P79246
           United States Attorney's Office
           District of Columbia
           Cell No. (202)-257-8014

## CERTIFICATE OF SERVICE

On this 31st day of May 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                 */s/ Adam Dreher*
                                                 ADAM DREHER
                                                 Assistant United States Attorney