IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

          **Complainant**

    **-v-**

**NANCY BARRON,**

          **Defendant.**

Case No. 1:22-cr-00089-
ZMF- APM-1

### DEFENDANT'S NOTICE OF ELECTION FOR TRIAL BY JURY

COMES NOW, the Defendant, Nancy Barron, by and through undersigned counsel, and files this notice in response to the inquiry of the Court that she elects to be tried by a jury trial.  Defendant has consented to trial before the Magistrate.

Dated: July 9, 2023

                      Respectfully Submitted,

                             /s/ *John M. Pierce*
                               John M. Pierce
                          21550 Oxnard Street
                        3rd Floor, PMB #172
                     Woodland Hills, CA 91367
                          Tel: (213) 400-0725
                   Email: jpierce@johnpiercelaw.com

                        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, July 9, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
John M. Pierce