UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | : | |
| | : | **CASE NO. 22-cr-089-ZMF** |
| v. | : | |
| | : | |
| **NANCY BARRON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE

The United States of America provides this notice that the video montage referenced within the Government's Motion *in limine* Regarding Video Montage Evidence has been uploaded to USAfx with the defense and the Court being invited to download the file.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Adam M. Dreher*
Adam M. Dreher
Assistant United States Attorney
MI Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

VICTORIA A. SHEETS
Assistant United States Attorney
New York Bar No. 5548623
victoria.sheets@usdoj.gov