IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            Case No. 1:21-cr-089-ZMF

    Complainant

    -v

NANCY BARRON,
Defendant.

### DEFENDANT'S RESPONSE TO GOVERNMENT'S ECF #69, AND MOTION IN LIMINE TO PRECLUDE THE GOVERNMENT'S TOTAL CONTROL OVER THE DEFENSE

COMES NOW, the Defendant, Nancy Barron, by and through undersigned counsel, with this response to ECF # 69 (the government's "Notice Re: Defense Exhibits and Witnesses). Barron rebuts the government's assertions and asks for an order that the United States should have no control over the defense, the defense presentation, or the defense strategy.

    The government has objected to *every single defense exhibit*, and, apparently, every defense witness. Never did the government approach the defense with any query or email regarding any concerns prior to its filing of ECF #69. The government's cutthroat tactic evinces the overtly hostile, prejudicial, unfair, and

improper placement of such political cases as January 6 prosecutions, amidst the overwhelming government-favoring venue of Washington, D.C., where political

defendants in opposition to Biden-regime hegemony stand little chance of fair justice. With every possible advantage, the government zeroes in on creating an even-more unfair landscape, where a January 6 defendant cannot even defend herself.

    Constitutional trial procedure consists of the government going first; and the defense going second, rebutting and answering the claims made by the prosecution. The prosecution does not get to know precisely what each defense witness will or will not say, in advance.  The government seeks such a level of control over the defense that the government's witnesses can then testify falsely without fear of impeachment.

    (The defense submits that if the government gets to dictate trial procedure in such a manner, then the defense should be entitled to see a written script of prosecution witness testimony in advance of trial.)

    A majority of defense exhibits are exhibits provided by the government in discovery.  The file names are the same even if numbers of entries have differences. The defense has provided the prosecution with its exhibit files.

    Barron's witness list consists of witnesses who were either present on the east side of the Capitol along with Barron or who can authenticate evidence

associated with Barron's defense.

August 20, 2023                                             **RESPECTFULLY SUBMITED,**

John M. Pierce, Esq.

*Counsel for Defendant*

_____/s/ John Pierce_____

JOHN PIERCE LAW

21550 Oxnard Street 3rd Floor, PMB #172

Woodland Hills, CA 91367

jpierce@johnpiercelaw.com

(213) 279-7846

### CERTIFICATE OF SERVICE

I hereby certify that my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system, which automatically provides a copy to all counsel:

_____/s/ John Pierce_____

John M. Pierce