# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1: 22-cr-089-ZMF |
| -v- | |
| NANCY BARRON, | |
| Defendant. | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Roger Roots, it is hereby ORDERED that the Motion is GRANTED. Roger Roots is admitted *pro hac vice* and may appear on behalf of Defendant Nancy Barron, in the above-captioned matter.

Dated: _____, 2023

_____
United States District Judge