# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff

vs.

NANCY BARRON

Defendant

FILED
AUG 2 8 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case Number: 22-CR-089 (ZMF)

## Jury Note

For count 2 - must we arrive at unanimous verdict for all (4) elements of "Aiding + Abetting" (AND) all (2) elements of "Attempt"? Or, must we arrive at unanimous verdict for all (4) elements of "Aiding + Abetting" (OR) all (2) elements of "attempt"?

_9/28/23_
DATE

_3:09 pm_
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 8 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

Plaintiff

vs.

Case Number: 22-CR-089 (ZMF)

NANCY BARRON

Defendant

## Jury Note

we have a verdict on all 4 counts

_____
8/28/23
DATE

4:31 pm
TIME

FOREPERSON