UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

NANCY BARRON,
Defendant.

CASE NO. 21-cr-089-ZMF

**FILED**
AUG 2 8 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

Count I: Entering or Remaining in a Restricted Building or Grounds

☐ Not Guilty        ☑ Guilty

Count II: Disorderly or Disruptive Conduct in a Restricted Building or Grounds

☐ Not Guilty        ☑ Guilty

Count III: Disorderly Conduct in a Capitol Building

☐ Not Guilty        ☑ Guilty

Count IV: Parading, Demonstrating, or Picketing in a Capitol Building

☐ Not Guilty        ☑ Guilty

Dated this 28 day of August, 2023

_____
FOREPERSON