UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA



**FILED**
AUG 2 8 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES OF AMERICA**

PLAINTIFF

vs.   CASE NO. 22-CR-089 (ZMF)

**NANCY BARRON**

DEFENDANT

### Attorney's Acknowledgments Concerning Trial Exhibits

Counsel for the plaintiff and the defendant acknowledge that they have jointly reviewed, and redacted (if necessary), the exhibits that were admitted into evidence with the courtroom deputy and have agreed that they are the exhibits which will be submitted to the jury for deliberations.

Counsel for Plaintiff: _[signature]_     Date: 8/28/23
                                               8/28/2023

Counsel for Defendant: _[signature]_     Date: 8/28/23