Government ☒
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

NANCY BARRON

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | **Overview Exhibits** | | | | |
| 100 | 100 - Capitol East view | ✓ | ✓ | Lt. George McCree U.S. Capitol Police Lt. Gordle Hava | SA R. Warlick - FBI 8/23/2023 |
| 101 | 101 - Restricted Perimeter | ✓ | ✓ | Lt. George McCree; Inp. Lanelle Hava U.S. Capitol Police · off. Marc Carrion | 8/23 SA 8/24 R. Warlick FBI |
| 102 | 102 - 20.14 Closure of West Front for Inauguration Preparation 08.25.20 | ✓ | ✓ | Lt. George McCree U.S Capitol Police | |
| 103 | 103 - Area Closed Sign 1 | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 104 | 104 - Area Closed Sign on Green Snow Fencing | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 105 | 105 - Photo of Capitol with Snow Fence and signs | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 106 | 106 - USCP Montage with Radio Runs | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 107 | 107 - Senate Concurrent Resolution | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 108 | 108 - House & Sentate Compilation Official Proceeding Montage Final | ✓ | ✓ | Lt. George McCree. U.S. Capitol Police & | Insp. Lanelle Hawk U.S. Secret Service |
| 109 | 109 - Senate Video Certification of Authenticity | | | | |
| 110 | 110 - House Video Certifictation of Authenticity | | | | |
| 111 | 111 - Cong Record CREC-2021-01-06-house | | | | |
| 112 | 112 - Cong Record CREC-2021-01-06-senate | ✓ | | | |
| 113 | 113 - Constitution, and 12 | | | | |
| 114 | 114 - Map - Second Floor of Capitol | ✓ | ✓ | Lt. George McCree U.S Capitol Police | SA. R. Warlick FBI |
| 115 | 115 - Map - Third Floor of Capitol Building | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 116 | 116– Map Overlay of Barron's Path through Capitol – Second Floor | | | | |
| 117 | 117- Map Overlay of Barron's Path through Capitol – Third Floor | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 118 | 118– Map Overlay of Barron's Path through Capitol – Overview | | | | |

3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **200 Series** | **CCTV& Open Source** | | | | |
| 201 | 201 - E USCD LA Dome East | ✓ | ✓ | Lt. George Mc Cree  Robert Powell  US. Capitol Police | |
| 201A | 201A - trial aid | ✓ | ✓ | SA Russell Warlick FBI Robert Powell | |
| 202 | 202 - E USCG 00 Senate Trolley Stop | ✓ | ✓ | Lt. George Mc Cree ; off. Marc Camin U.S. Capitol Police | SA Russell Warlick Nancy Barron - 8/28/23 |
| 203 | 203 - E USCG 00 CVC Elevator Tower North | ✓ | ✓ | Lt. George Mc Cree & U.S. Capitol Police | off. marc Camin Nancy Barron - 8/28/2 |
| 204 | 204 - USCS 02 Rotunda Door Interior | ✓ | ✓ | Lt. George McCree  U.S. Capitol Police | SA. R. Wat. |
| 205 | 205 - USCH 02 Rotunda Door Interior | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 206 | 206 - USCD 02 Rotunda North | ✓ | ✓ | Lt. George Mc Cree U.S. Capitol Police | SA R. Warlick FBI |
| 207 | 207 - USCH 02 Statuary Hall | ✓ | ✓ | Lt. George McCree U.S. Capitol Police. | |
| 208 | 208 - USCH 02 Statuary Hall Connector | ✓ | ✓ | Lt. George McCree U.S. Capitol Police. | |

4

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 209 | 209 - USCH 02 Main Door Hall near H208 | ✓ | ✓ | Lt. George McCree U.S Capitol Police | |
| 210 | 210 - USCH 02 East Stairs near H208 | ✓ | ✓ | Lt. George McCree US Capitol Police | |
| 211 | 211 - USCH 03 House Gallery E near H311 | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 212 | 212 - USCH 03 House Gallery NE near H311 | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 213 | 213 - USCH 03 East Corridor near H306 | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 214 | 214 - USCH 03 Gallery Stairs | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 215 | 215 - USCH 02 Rotunda Lobby East Stairs | ✓ | ✓ | Lt. George McCree & U.S. Capitol Police | officer Marc Camin |
| 216 | 216 - 210107 LAURA USA CAPITOL WASHINGTON (shortened) | ✓ | ✓ | Lt. George McCree U.S Capitol Police | SA. R. Warlick - FBI Nancy Barron - 8/2/23 |
| 217 | 217 - Eastside Capital Building 1 6 21 (RFIRN YouTube) | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 218 | 218 - The US Capitol Breach As It Happened (NigroTime) | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 219 | 219 - Rotunda Doors (cellphone video) | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 220 | 220-7029 I USCS 02 Rotunda Door Interior-2021-01-06_14h35min00s000ms | ✓ | ✓ | officer Marc Carrion Nancy Barron -8/28/23 | |
| | | | | | |
| | | | | | |
| **300 Series** | **Secret Service** | | | | |
| 300 | 300 - USSS Head of State Email and Notification | ✓ | ✓ | Insp. Lanelle Hawa U.S. Secret Service | |
| 301 | 301 - Video Montage with Secret Service Radio Communications | ✓ | ✓ | Insp. Lanelle Hawa U.S. Secret Service | |
| 302 | 302 - VP Leaving | ✓ | ✓ | Insp. Lanelle Hawa U.S. Secret Service | |
| | | | | | |

6

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 400 Series | Barron FB Live | | | | |
| 401 | 401 - videos_1021623478777311 | ✓ | ✓ | officer Marc Camm U.S. Capitol Police | |
| 402 | 402 - videos_1021623487557506 | ✓ | ✓ | officer Marc Camm SA.R. Warlick-FB1 U.S. Capitol Police | |
| 403 | 403 - videos_1021623491540380 | ✓ | ✓ | SA Russell Warlick FBI Nancy Barron -8/21/23 | |
| 404 | 404 - videos_1021623478389721 | | | FBI Nancy Barron 8/21 | |
| 405 | 405 - videos_1021623478629727 | | | | |
| 406 | 406 - videos_1021623495310144 | | | | |
| 407 | 407 - videos_1021623497982212 | | | | |
| 408 | 408 - videos_1021623516618677 | | | | |
| 409 | 409 - videos_1021623517522699 | ✓ | ✓ | SA R. Warlick - FBI | |

7

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 410 | 410 - Preservation 4 - Facebook Barron | | | | |
| 411 | 411-775974673016589_affidavit | | | | |
| | | | | | |
| 500 Series | **Barron Interview** | | | | |
| 501 | 501 - Room 1_01-11-2021_48307 | | | | |
| 502 | 502 - 2021-R-02216.01-11-21.NB | | | | |
| | | | | | |
| | | | | | |
| 600 Series | **Barron Phone** | | | | |
| 601 | 601 - Barron cell phone SMS | ✓ | ✓ | Robert Powell | 8/25/23 |

8

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 602 | 602-2021.01.11 – Consent to Search Samsung A | | | | |
| 603 | 603-2021.01.11 – Intake of Barron's Cellular Telephone for Imaging at FBI Bloomington | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|

10