United States of America vs. Nancy Barron

- Government ☐
- Plaintiff ☐
- Defendant ☒
- Joint ☐
- Court ☐

Civil/Criminal No. 22-CR-89

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 20 | First Amendment Assemblies General Provisions | ✓ | ✗ | Lt. George McCree U.S. Capitol Police | |
| 4 | Staffers walk out of Congress in Protest over Brown & Garner Cases | ✓ | ✗ | Lt. George McCree U.S. Capitol Police | |
| 39-1 | U.S. Capitol Police Demonstration Endorsement Sheet | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 77 | Cell phone footage | ✓ | ✓ | Robert Powell | 8/25/2023 |
| 78 | Cell phone footage | ✓ | ✓ | Robert Powell | |
| 79 | Cell phone footage | ✓ | ✓ | Robert Powell | |
| 80 | Cell phone footage | ✓ | ✓ | Robert Powell | |
| 82 | Still Shot of Capitol | ✓ | ✓ | Nancy Barron | 8/28/2023 |
| 84 | Still Shot of Capitol | ✓ | ✓ | Nancy Barron | |
| 83 | Still Shot of Capitol | ✓ | ✓ | Nancy Barron | |

(8/25/23 notation beside row 77)

| | United States of America | | | | |
|---|---|---|---|---|---|
| Government ☐ | | | | | |
| Plaintiff ☐ | VS. | | | Civil/Criminal No. | 22-CR-89 |
| Defendant ☒ | Nancy Barron | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 72 | Individual in Black Hoodie Blue Cap - Khaki Pants | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 75 | Cop moving Barricade | ✓ | ✓ | Lt. George McCree U.S Capitol Police | |
| 70.1 | Capitol Police Moving Barricade | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 72.5 | Area Closed sign | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 72.6 | Area Closed - Protestors | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 72.7 | News Clip - Protestors - video | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 72.3 | West Side of Capitol Man sitting on Brick ledge | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 62 | Open Source Video East Side 2 | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 61 | Open Source Video East Side 1 | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |
| 7 | The Truth - Rally goers walk into the Capitol - Capitol Police open the doors | ✓ | ✓ | Lt. George McCree U.S. Capitol Police | |

