IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>-v-<br><br>**NANCY BARRON**<br><br>        **Defendants.** | Criminal No.: **1: 22-cr-089-ZMF**<br><br>**DEFENDANTS MOTION TO CONTINUE SENTENCING HEARING** |

COMES NOW Defendant Nancy Barron, by and through undersigned counsel John Pierce, with this motion for an extension of time in the matter for Defendants and Defense counsel to explore Defendant's participation in the restorative justice program.

Dated: November 30, 2023

Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA
91367 Tel: (213) 400-0725

Email: jpierce@johnpiercelaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 30, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
John M. Pierce