# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 22-cr-089-ZMF |
| v. : | |
| : | |
| NANCY BARRON, : | |
| : | |
| Defendant : | |

## OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, opposes Ms. Barron's motion to continue sentencing in this matter. The defendant was convicted at trial more than three months ago and the government is prepared for sentencing. The defense's motion requests additional time to explore an unspecified program, without any indication of whether the defendant might be eligible or what benefit she might receive. Without more concrete information as to the reason for delay, this Court should deny the defendant's motion to continue her sentencing hearing.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
Michigan Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

VICTORIA A. SHEETS
Assistant United States Attorney
New York Bar No. 5548623
victoria.sheets@usdoj.gov