Dear Judge Zia M. Faruqui

Hello, my name is Emily and i'd like to write you this letter, informing you on how Nancy Barron has changed my life and how she has made it better. Just about 2 years ago now, my former stepmom had passed, To be honest Nancy has helped me through her loss the most, by comforting me, letting me move in with her. Keeping me on my tip toes so I wouldnt fail school. I know your probably thinking man, what a sob story, but in reality this is the truth. My little brother Kaleb, he has Autism, he really needs her the most, we all need her. We need her as a mother. To be honest, I've been through alot with my real mom leaving at a young age, losing my stepmom Reva, but now Nancy is my last hope. To help me in life. to help me succeed whenever I fail. I believe mercy should be shown because us kids back at home want her home, No child should go without a mother figure. We need her, I need her. She is the kindest soul that ive ever met. I've even watched her give her last $20 to help someone who was struggling, thats the kind of person she is kind-hearted and helpful. Nancy even hosts Bible study every night so people can find their way

to God. To help them realize more about reality. She has helped alot of people. Our family wouldnt be the only ones touched by this. Many people in the community would. I really hope I've helped her, and you think this through. We would love to see her home. Shes a mom to many, we love her.

Sincerely,
Emily Freeman