# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 22-cr-089-ZMF |
| ) | |
| NANCY BARRON ) | |

## NOTICE OF APPEAL

Name and address of appellant:   Nancy Kay Barron
                                 2763 Main Street,
                                 Patriot, Indiana 47038

Name and address of appellant's attorney:   John M. Pierce
                                            21550 Oxnard Street
                                            3rd Floor, PMB #172
                                            Woodland Hills, CA 91367
                                            (213) 400 - 0725

Offense:   18 USC 1752(a)(1); 18 USC 1752(a)(2); 40 USC 5104(e)(2)(D); 40 USC 5104(e)(2)

Concise statement of judgment or order, giving date, and any sentence:

On August 23, 2023 Barron was found guilty by jury trial of all counts of the information. On May 2, 2024, Judge Faruqui sentenced Barron to 36 months of probation to run concurrently.

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/15/2024                                    Nancy Barron
DATE                                         APPELLANT
                                             John M. Pierce
                                             ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | ✔ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ |