Case 1:22-cr-00089-ZMF Document 103 Filed 06/17/24 Page 1 of 1

Use the Tab key to move from field to field on this form. CO-290
Notice of Appeal Criminal                                                                                    Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 22-cr-089-ZMF
)
NANCY BARRON )

## NOTICE OF APPEAL

Name and address of appellant: Nancy Kay Barron
2763 Main Street,
Patriot, Indiana 47038

Name and address of appellant's attorney: John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
(213) 400 - 0725

Offense: 18 USC 1752(a)(1); 18 USC 1752(a)(2); 40 USC 5104(e)(2)(D); 40 USC 5104(e)(2)

Concise statement of judgment or order, giving date, and any sentence:

On August 23, 2023 Barron was found guilty by jury trial of all counts of the information. On May 2, 2024, Judge Faruqui sentenced Barron to 36 months of probation to run concurrently.

Name and institution where now confined, if not on bail: N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 5/7/2024 | Nancy Barron |
|---|---|
| DATE | APPELLANT |
| | John M. Pierce |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?                YES ✔   NO ☐
Has counsel ordered transcripts?                     YES ☐   NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES ☐   NO ✔